Kathyleen A. O'Brien (SBN 94218)
kobrien@reedsmith.com
Rachel A. Rubin (SBN 263753)
rrubin@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067
Telephone:  310.734.5200
Facsimile:   310.734.5299

Attorneys for Plaintiff
Forever 21, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREVER 21, INC., a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MURE STYLE, INC., a California Corporation,<br><br>　　　　　　Defendant. | No.: CV 10-00851 VBF (Ex)<br><br>**STIPULATED FINAL JUDGMENT FOR ISSUANCE OF PERMANENT INJUNCTION** |

The Court, having considered all papers and pleadings on file in this action, including the parties' Stipulation for Entry of Final Judgment, and having determined that the parties having stipulated to the entry of final judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Defendant Mure Style, Inc. and all of its agents, employees, officers, attorneys, representatives and all other persons acting in concert or participation with them or at Mure's direction, and each of them (hereinafter, individually and collectively, "Mure"), are permanently enjoined from ever doing, attempting, or causing to be done, whether directly or indirectly, by any means, method, or device whatsoever, the following:

(a) The import, export, manufacture, reproduction, assembly, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, marketing, advertising or promotion of any Forever 21 product, unless such action is first authorized in writing by an officer, director or managing agent of Forever 21, Inc. ("Forever 21"), and/or any non-genuine reproduction, counterfeit, copy or colorable imitation thereof.

(b) The import, export, manufacture, reproduction, assembly, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, marketing, advertising or promotion of any product which infringes any Forever 21 copyright including, but not limited to, the Forever 21 Designs identified in the Complaint, any variants thereof and any designs that are substantially similar thereto.

   (c) The import, export, manufacture, reproduction, assembly, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, marketing, advertising or promotion of any product which infringes any Forever 21 trademark and/or trade name including, but not limited to, the Forever 21 Trademarks, identified in the Complaint, any variants, colorable imitations, translations and/or simulations thereof and/or any trademarks that are likely to be confusingly similar thereto.

   (d) The unauthorized use, in any manner whatsoever, of any Forever 21 trademark and/or trade name including, but not limited to, the Forever 21 Trademarks identified in the Complaint, any variants, colorable imitations, translations and/or simulations thereof and/or any trademarks that are likely to be confusingly similar thereto, including specifically as follows:

    (i) on or in conjunction with any unauthorized product; and

    (ii) in, on or in conjunction with any unauthorized advertising, promotional materials, labels, hangtags, packaging, websites or other internet materials.

  2. Mure is permanently enjoined from using any trademark and/or trade name that falsely represents, or is likely to confuse, mislead, or deceive any person or entity including, but not limited to, purchasers, customers, or members of the public, to believe that any unauthorized product imported, exported, manufactured, reproduced, distributed, assembled, acquired, purchased, offered, sold, transferred, brokered, consigned, distributed, stored, shipped, marketed, advertised and/or promoted by Mure originates from Forever 21, or that that product has been

sponsored, approved, licensed by, or associated with Forever 21 or is, in some way, connected or affiliated with Forever 21.

3. If Mure, or any of its agents, employees, officers, attorneys, representatives or other persons acting in concert or participation with them, or at Mure's direction, breach any of the terms of this Stipulated Final Judgment, Forever 21 shall have the right to recover sanctions against Mure, including, but not limited to, sanctions for contempt of court.

4. If Forever 21 so elects, in lieu of recovering compensatory damages from Mure for breach of this Stipulated Final Judgment, it shall recover from Mure, liquidated damages in the amount of Twenty-five Thousand Dollars ($25,000.00) for each incident or occurrence which constitutes a breach of this Stipulated Final Judgment. For purposes of this Stipulated Final Judgment, among other things, each sale or use by or on behalf of Mure of any of the Forever 21 Designs or the Forever 21 Trademarks identified in the Complaint or any substantially similar copyright or any confusingly similar trademark shall constitute a separate incident or occurrence.

5. Forever 21 shall recover from Mure all attorneys' fees and costs incurred in seeking enforcement of this Stipulated Final Judgment and/or in seeking any remedy based upon the failure of Mure to comply therewith.

6. This is a Final Judgment and is enforceable upon entry. The parties have waived findings of fact, conclusions of law, a statement of decision, and any right to set aside this Judgment, appeal herefrom, seek a new trial, or otherwise contest the validity of this Judgment in any way whatsoever.

1    7.   Service on counsel for Mure or on Mure's then current President of a
2    copy of this Judgment shall constitute notice to Mure.

6    Dated:   April 26, 2010

*Valerie Baker Fairbank*

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT COURT JUDGE

10   Presented by:

11   REED SMITH LLP

13   By_____
         Kathyleen A. O'Brien
14       Attorneys for Plaintiff
         FOREVER 21, INC.